# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JESUS ARREDONDO,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE, *et al.*,<br><br>    Defendants. | CASE NO.: 3:10-CV-520-RCJ-RAM<br><br>**MINUTE ORDER**<br>June 9, 2011 |

PRESENT: <u>HONORABLE CHIEF JUDGE ROBERT C. JONES</u>

Deputy Clerk: <u>  NON APPEARING  </u>   Reporter: <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before this Court is Defendant's Motion to Dismiss Case and Lift Injunction or Compel Payment Due to Plaintiff's Failure to Comply with Court Order (ECF No. 27). Plaintiff has filed no response.

On March 24, 2011 the Court dismissed all claims except that for statutorily defective foreclosure, preliminarily enjoined foreclosure based upon that claim, required mediation, and required equitable interim payments. The Court ordered that the Defendants will not transfer the Property or take any action to evict Plaintiff or his tenants, if any, from the Property for one-hundred (100) days. During this period, Plaintiff was ordered to make full, regular monthly payments under the note every thirty (30) days, with the first payment due April 1, 2011.

In addition, The Court ordered that during the injunction period the parties participate in state Foreclosure Mediation Program, or private mediation. The Court further ordered that Plaintiff's failure to make interim payments or to participate in mediation will result in dismissal of the case. Based upon the Court's review of the motion and good cause appearing,

IT IS HEREBY ORDERED that the preliminary injunction against foreclosure is LIFTED.

IT IS FURTHER ORDERED that the case is DISMISSED for failure to comply with the Court's Order.

IT IS FURTHER ORDERED that any lis pendens on the property located at 7460 Tall Grass Drive, Reno, Nevada related to this case is EXPUNGED.

IT IS SO ORDERED.

Dated: This 5th day of July, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE